UNITED STATES DISTRICT COURT  08 Civ. 10834 (JGK)
SOUTHERN DISTRICT OF NEW YORK  08 Civ. 11301 (JGK)
                               09 Civ. 1017 (JGK)
IN RE AMERICAN EXPRESS COMPANY ERISA  09 Civ. 1202 (JGK)
LITIGATION,
                               MEMORANDUM OPINION AND
                    Defendant. ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs' request to file a second amended complaint is **granted**. The defendants' motion to dismiss is **denied as moot and without prejudice** to being asserted against a second amended complaint.

The plaintiffs will file the second amended complaint by **March 22, 2010**. The parties will submit a proposed schedule for the defendants' motion to dismiss by **March 8, 2010**. The parties will be allowed to submit their original papers on the motion to dismiss together with brief additional papers directed to the additional allegations in the second amended complaint. The plaintiffs will not seek leave to file any further amended complaints.

The Clerk is directed to close Docket No. 21.

SO ORDERED.

Dated:   New York, New York
         March 3, 2010

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/10