UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ERISA LITIGATION | MASTER FILE: 08-CV-10834 (JGK) |
| THIS DOCUMENT RELATES TO:  All Actions | ECF Case |

## DECLARATION OF DOUGLASS CALIDAS

I, Douglass Calidas, state and declare as follows:

1. This declaration is submitted in support of the Motion to Dismiss filed by Defendants in the above action.

2. I am an associate at the Washington D.C. office of Steptoe & Johnson, LLP, which represents Defendants in the above-captioned action.

3. I am more than 18 years of age, am capable of making this declaration, and have personal knowledge of the facts herein stated.

4. Attached as an Exhibit to this Declaration is a true and correct copy of a Chart that compares the daily closing price of American Express stock with the daily closing price of the S&P Financials Index from April 19, 2009, the start of the Class Period, to June 5, 2009. This publicly available stock price information was collected via Bloomberg Terminal and reflects price data updated as of June 9, 2009.

- 2 -

5.       I declare, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the foregoing is true and correct.

Executed this 11th day of June, 2009.

*[signature]*
Douglass Calidas