UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE AMERICAN EXPRESS COMPANY ERISA
LITIGATION,

Defendant.

---

08 Civ. 10834 (JGK)
08 Civ. 11301 (JGK)
09 Civ. 1017 (JGK)
09 Civ. 1202 (JGK)

MEMORANDUM OPINION AND
ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference in these cases on **October 26, 2010, at 4:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         October 21, 2010

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/10