UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE AMERICAN EXPRESS COMPANY ERISA LITIGATION,

Defendant.

---

08 Civ. 10834 (JGK)
08 Civ. 11301 (JGK)
09 Civ. 1017 (JGK)
09 Civ. 1202 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

Further to my disclosure, I am informed that I am a remote beneficiary of the trust, meaning that in the unlikely event that my sister died without being survived by any descendants (she has three children and three grandchildren), then I would receive remaining trust principal. As I mentioned, I would disqualify myself, in any event, at or before the time I become a trustee of the trust with American Express stock in the trust.

SO ORDERED.

Dated:   New York, New York
         October 28, 2010

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/10